

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2018

No. 04-18-00096-CV

**IN RE** Luz **CHAVEZ**, Individually, et al.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Irene Rios, Justice

On February 16, 2018, relators filed a petition for writ of mandamus and a motion for temporary relief. The real parties in interest filed a response opposing the request for temporary relief. After considering the petition, this court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relators' motion for temporary relief is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on February 27, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CVA-00223-D4, styled *Kansas City Southern Railway Company and Jose Juarez v. Luz Chavez, et al.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.